**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**03-1085**

**STATE OF LOUISIANA**

**VERSUS**

**BRIAN SPRUILL**

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
THIRTIETH  JUDICIAL DISTRICT COURT
PARISH OF VERNON, NUMBER 62267
HONORABLE JOHN C. FORD, DISTRICT JUDGE
\*\*\*\*\*\*\*\*\*\*

**BILLIE COLOMBARO WOODARD**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and Arthur J. Planchard,* Judges.

**AFFIRMED.**

William E. Tilley, District Attorney
Terry Lambright, Assistant District Attorney
Thirtieth Judicial District
Post Office Box 1188
Leesville, Louisiana 71446-1188
(337) 239-2008
Counsel for State/Appellee

James E. Beal
Louisiana Appellate Project
Post Office Box 307
Jonesboro, Louisiana 71251-0307
(318) 259-2391
Counsel for Defendant/Appellant:
        Brian Spruill

---

*Judge Arthur J. Planchard, Jr., Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge *Pro Tempore*.